UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE GUARINO,<br><br>               Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; et. al.,<br>               Defendants. | Case No.: 2:13-cv-02135-GMN-NJK<br><br>**ORDER** |

On July 21, 2014, this Court entered an Order granting Defendants' Partial Motion to Dismiss. (ECF No. 28).  In that Order, the Court dismissed Plaintiff's *Monell* claim and her claim against Defendant Sheriff Douglas Gillespie in his individual capacity without prejudice. (*Id.* 11:7-15).  Plaintiff was given until August 15, 2014 to file an amended complaint that sufficiently stated these claims and was warned that failure to file an amended complaint by that date would result in those claims being dismissed with prejudice.  As of the date of this Order, however, Plaintiff has failed to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Monell* claim and her claim against Defendant Sheriff Douglas Gillespie in his individual capacity are dismissed with prejudice. As all claims against Defendant Gillespie have been dismissed with prejudice, he is dismissed from this case.

**DATED** this __22__ day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge