**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE GUARINO,<br><br>                        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; OFFICER SHANNON ROHRBAUGH, #9013; DOE POLICE OFFICERS I-XX; ROE CORPORATIONS I-X, and JOHN DOES I-X; inclusive,,<br><br>                        Defendants. | Case No.:   2:13-cv-02135-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Francine Guarino ("Plaintiff"), by and through her attorney of record, C.J. Potter, IV, Esq., of Potter Law Offices, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Ofc. Shannon Rohrbaugh ("Ofc. Rohrbaugh") (collectively "LVMPD Defendants"), by and through their attorney of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and hereby stipulate and agree as follows:

1. Trial in this matter is currently set for **November 30, 2015**.

2. That the parties agree to dismiss this lawsuit with prejudice.

3. The Plaintiff agrees to waive her right to appeal this Court's granting of summary judgment in favor of the LVMPD Defendants on her 42 U.S.C. §1983 claims. Dkt. #51.

/ / /

/ / /

/ / /

/ / /

MAC:05166-737 2617690_1 9/24/2015 3:56 PM

4. Each party will bear their own attorney fees and costs.

IT IS SO STIPULATED this 24th day of September, 2015.

| MARQUIS AURBACH COFFING | POTTER LAW OFFICES |
|---|---|
| By: /s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants | By: /s/C.J. Potter<br>C.J. Potter, IV, Esq.<br>Nevada Bar No. 13255<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED that Case No. 2:13-cv-02135-GMN-NJK, be dismissed with prejudice with all parties bearing their own fees and costs;

IT IS FURTHER ORDERED that Plaintiff waves her right to appeal this Court's granting of summary judgment in favor of the LVMPD Defendants on her 42 U.S.C. §1983 claim;

IT IS FURTHER ORDERED that the LVMPD Defendants' Motion in Limine No. 1 to Strike Plaintiff's Treating Physicians from Testifying at Trial [#54] is denied as MOOT;

IT IS FURTHER ORDERED that the LVMPD Defendants' Motion in Limine No. 2 to Exclude Testimony of Plaintiff's Expert Dr. Presswood [#55] is denied as MOOT;

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand [Dkt. #56] is denied as MOOT; and

IT IS FURTHER ORDERED that the Calendar Call set for November 23, 2015 and the trial date set for November 30, 2015 be vacated.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 09/24/2015

Submitted By:
MARQUIS AURBACH COFFING

By: /s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants